IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GINA HILL,                      )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:20cv700-MHT
                                )            (WO)
C. R. BARD, INC., a             )
foreign corporation,            )
et al.,                         )
                                )
    Defendants.                 )
```

ORDER GRANTING MOTION TO DISMISS

As plaintiff Gina Hill does not oppose the motion to dismiss, *see* Plaintiffs' Motion to Sever and Transfer Venue of Out-of-State Cases (doc. no. 20) at 2, it is ORDERED that:

(1) Defendant McKesson Corporation's motion to dismiss without prejudice for lack of subject matter jurisdiction (doc. no. 8) is granted.

(2) Plaintiff Gina Hill's claims against said defendant are dismissed without prejudice, and said defendant is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of September, 2020.

                               /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**