IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GINA HILL,                          )
                                    )
     Plaintiff,                     )
                                    )      CIVIL ACTION NO.
     v.                             )        2:20cv700-MHT
                                    )            (WO)
C. R. BARD, INC., a                 )
foreign corporation; and            )
BARD PERIPHERAL VASCULAR,           )
INC., an Arizona                    )
corporation,                        )
                                    )
     Defendants.                    )
```

## ORDER

It is ORDERED that defendants Bard Peripheral Vascular, Inc. and C. R. Bard, Inc.'s motion to dismiss for lack of personal jurisdiction (doc. no. 2), in which they argued that they lacked sufficient ties to the State of Texas to be subject to the jurisdiction of Texas courts, is denied as moot.

DONE, this the 8th day of September, 2020.

                                     /s/ Myron H. Thompson  
                            UNITED STATES DISTRICT JUDGE